```
                                                              Closed
                        UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
------------------------------X
RICHARD FIEDERLEIN,

        Plaintiff,
                                        Civil Action No. 03-1982WJM

v.                                      ORDER OF DISMISSAL

SNAP-ON TOOLS, INC.,

        Defendants.
------------------------------X
```

It has been reported to the Court that the above-captioned matter has been settled.

It is on this 1st day of October, 2004

ORDERED that this action is hereby dismissed without costs and without prejudice. The Court retains jurisdiction of this matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

S/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.