UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

RICHARD FIEDERLEIN,

        Plaintiff,

        -against-                      No. 03 CV 1982 (WJM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

SNAP-ON TOOLS, INC.

        Defendant.
------------------------------------------------------------X

    This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the Court that the claims asserted herein have been settled, and where I have previously issued an Order of Dismissal dated October 1, 2004, dismissing the above-captioned matter without prejudice, it is hereby,

    ORDERED that the above-entitled action be and hereby is discontinued with prejudice and without costs, disbursements or attorneys' fees to either party.

Dated: October 7th, 2004

                                            William J. Martini, U.S.D.J.

I hereby consent to the entry of this proposed Order:

_____
Gerald A. Marks, Esq.
Marks & Associates
63 Riverside Avenue
Red Bank, New Jersey 07701
(732) 747-7100
Attorney for Plaintiff

_____
Aurora Cassirer (AC-3763)
Jenkens & Gilchrist Parker Chapin LLP
405 Lexington Avenue
New York, New York 10174
(212) 704-6365.
Attorney for Defendant